AUSA: Susan Fairchild     Telephone: (313) 226-9577

Agent: ☑ Jason A. Messenger     Telephone: (734) 676-2972

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Minor LOPEZ-MORALES<br>aka Maynor Oliverio LOPEZ-REQUIEC;<br>aka Maynor LOPEZ | Case No. | Case: 2:26−mj−30418<br>Assigned To : Unassigned<br>Assign. Date : 7/14/2026<br>Description: RE: MINOR<br>LOPEZ−MORALES (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 13, 2026 _____ in the county of _____ Washtenaw _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a), (b)(2) | Unlawful Re-Entry Following Removal from the United States ;<br>Aggravated Felony/Prior Conviction |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_Jason Messenger, Border Patrol Agent_
U.S. Department of Homeland Security

Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:   July 13, 2026

City and state:   Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge

_Judge's signature_

Printed name and title

<u>Affidavit</u>

I, Jason A. Messenger, declare the following under penalty of perjury:

1.	I am an agent with the U.S. Department of Homeland Security, U.S. Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Minor LOPEZ MORALES, a/k/a Maynor Oliverio LOPEZ-REQUIEC, a/k/a Maynor LOPEZ, a native and citizen of Guatemala.

2.	This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for LOPEZ MORALES, for a violation of 8 U.S.C. § 1326, unlawful re-entry following removal. I have not included every fact known to law enforcement related to this investigation.

3.	On or about March 14, 2009, LOPEZ MORALES was encountered by United States Border Patrol Agents in or near Detroit, Michigan.  LOPEZ MORALES was processed as a Warrant of Arrest / Notice to Appear.

4.	On or about March 23, 2009, LOPEZ MORALES was ordered removed to Guatemala by an Immigration Judge in Detroit, Michigan.

1

5.     On or about April 2, 2009, LOPEZ MORALES was removed from the United States to Guatemala through Alexandria, Louisiana.

6.     On or about January 15, 2014, LOPEZ MORALES was convicted of Unarmed Robbery and Assault/Bodily Harm less than Murder in the 22nd Circuit Court in Washtenaw County, Michigan. On or about February 12, 2014, LOPEZ MORALES was sentenced to 3 to 15 years' confinement on the Unarmed Robbery case, and 3 to 10 years' on the Assault case, to run concurrent with each other.

7.     On or about April 26, 2016, LOPEZ MORALES was transferred to ICE/ERO custody.  LOPEZ MORALES was processed as a Reinstatement of Deport Order (I-871).  LOPEZ MORALES was referred for prosecution for a violation of 8 U.S.C. §1326, unlawful re-entry into the United States.

8.     On or about June 22, 2016, LOPEZ MORALES was convicted of a violation of 8 U.S.C. §1326 in the United States District Court, Eastern District of Michigan and sentenced to time served.

9.     On or about July 21, 2016, LOPEZ MORALES was removed from the United States to Guatemala through Alexandria, Louisiana.

10.     On or about July 13, 2026, Border Patrol Agents encountered LOPEZ MORALES during a targeted enforcement action in the City of Ypsilanti, in the Eastern District of Michigan.

11.     The agents identified themselves as a United States Border Patrol Agents and conducted an immigration inspection.  LOPEZ MORALES admitted to being a native and citizen of Guatemala without valid immigration documents allowing him to be in, pass through, or remain in the United States. LOPEZ MORALES was placed under arrest and transported to the Gibraltar Border Patrol Station for further processing.

12.     While at the Gibraltar Border Patrol Station, agents captured LOPEZ MORALES's fingerprints and photograph and entered this information into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that LOPEZ MORALES is a citizen of Guatemala, with no record of obtaining permission to re-enter the United States following his July 21, 2016, removal.

13.     The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, U.S. Code, to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

14.     Review of the Alien File (A# XXX XXX 951) for LOPEZ MORALES, and queries in U.S. Department of Homeland Security databases

confirm no record exists of LOPEZ MORALES obtaining permission from the Attorney General or the Secretary of Homeland Security to re-apply for admission to the United States after his removal from the United States on July 21, 2016.

15.    Based on the above information, there is probable cause to conclude that on or about July 13, 2026, in the Eastern District of Michigan, Southern Division, LOPEZ MORALES, an alien from Guatemala, who had previously been convicted of an aggravated felony offense and was subsequently denied admission, excluded, deported, and removed therefrom on or about July 21, 2016, was found in the United States  without  having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), (b)(2).

_____
Jason Messenger, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

July 13, 2026

4